IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDREW KAMINSKI, PATSY KAMINSKI, COLORADO DEPARTMENT OF REVENUE, GE CAPITAL MORTGAGE SERVICES, INC., WELLS FARGO HOME MORTGAGE, and HAROLD E. KIRKEGAARD,

      Defendants.

_____

ORDER
_____

      The Government seeks by this action to reduce to judgment income tax assessments against the defendant Andrew Kaminski and to foreclose tax liens on real property to which Mr. Kaminski and defendant Patsy Kaminski hold legal title, and in which the other defendants may claim some interests.  The Kaminskis move to dismiss on the ground that the Internal Revenue Service ("IRS") lacks authority to lay and collect the income taxes in question.

      In the motion, prolix and somewhat opaque, the argument nevertheless emerges that the Constitution requires apportionment of income taxes and that Congress failed to follow that mandate.  This issue was resolved some time ago by the Sixteenth Amendment, ratified February 3, 1913.

      The other arguments contained in the motion are similarly without merit.  Accordingly, the motion to dismiss [2, 3] is DENIED.

Dated: December   20  , 2006, in Denver, Colorado.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Chief Judge