IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ANDREW KAMINSKI,
PATSY KAMINSKI,
COLORADO DEPARTMENT OF REVENUE,
GE CAPITAL MORTGAGE SERVICES, INC.,
WELLS FARGO HOME MORTGAGE, and
HAROLD E. KIRKEGAARD,
    Defendants.
_____

ORDER RESETTING HEARING
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Defendant Andrew Kaminski's "Notice Regarding Hearing Scheduled for 6/17/2008" (filed June 9, 2008) (doc. # 29). Pursuant to the Order of Reference dated April 22, 2008 (doc. # 20), this matter was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery . . . ."

Mr. Kaminski indicates that he "will be unable to be at the hearing scheduled for June 17, 2008 . . . for the reason that my brother (age 85) informed me that he will be undergoing an operation that day and has asked me to be there to support him . . . ." Mr. Kaminski further indicates that "[i]f rescheduled I will be there, however, I believe a hearing is an unnecessary burden . . . ." The court having reviewed Mr. Kaminski's "Notice" and the entire case file and being sufficiently advised in the premises, IT IS

1

ORDERED that:

1. Defendant Andrew Kaminski's "Notice Regarding Hearing Scheduled for 6/17/2008" (filed June 9, 2008) (doc. # 29) shall be treated as a request to reset the June 17, 2008 hearing to a later date and is GRANTED.

2. The status conference and hearing on motions set June 17, 2008 at 2:30 p.m. **is hereby VACATED AND RESET to Tuesday July 1, 2008 at 9:15 a.m.** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, Denver, Colorado.

3. The court reminds Mr. Kaminski that failure to comply with the Local Rules of Practice of the United States District Court for the District of Colorado, the Federal Rules of Civil Procedure, or any court order may result in sanctions, including rendering a default judgment against a disobedient party. *See, e.g.,* Fed. R. Civ. P. 16, 37.

DATED at Denver, Colorado, this 10th day of June, 2008.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge