IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ANDREW KAMINSKI,
PATSY KAMINSKI,
COLORADO DEPARTMENT OF REVENUE,
GE CAPITAL MORTGAGE SERVICES, INC.,
WELLS FARGO HOME MORTGAGE, and
HAROLD E. KIRKEGAARD,
    Defendants.
_____

ORDER REGARDING HEARING SET JULY 1, 2008
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendant Andrew Kaminski's "Notice Regarding Hearing Scheduled for 7/1/2008" (filed June 12, 2008) (doc. # 31). Pursuant to the Order of Reference dated April 22, 2008 (doc. # 20), this matter was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery . . . ."

    By Minute Order dated May 7, 2008, the court set a hearing on Jule 17, 2008 to address the motion filed by Mr. Kaminski (doc. # 19). (*See* doc. # 22). On June 9, 2008, Mr. Kaminski filed a "Notice Regarding Hearing Scheduled for 6/17/2008" (doc. # 29). The court treated the Notice as a request to reset the June 17, 2008 hearing to a later date, granted the request, and reset the hearing to Tuesday July 1, 2008 at 9:15 a.m. (*See* Order Resetting Hearing (doc. # 30)). Two days later Mr. Kaminski filed the

1

instant Notice.

Mr. Kaminski indicates that he "will be unable to be at the hearing re-scheduled from June 17, 2008 to July 1, 2008 for the reason that I will be at the Full Gospel Businessmen Fellowship International 2008 World Convention in Orlando, Florida. While the Convention is scheduled for July 1 through July 5, as one of the 70 international Directors, I am expected to be there on Monday June 30, 2008, and have so arranged, and planned to combine it with a family vacation from July 6th through the 20th." (*See* doc. # 31). Mr. Kaminski further "reiterate[s], I believe a hearing is an unnecessary burden in time and expense to all involved. . . ." (*See id.*). The court having reviewed Mr. Kaminski's "Notice" and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1. Defendant Andrew Kaminski's "Notice Regarding Hearing Scheduled for 7/1/2008" (filed June 12, 2008) (doc. # 31) shall be treated as a request to reset the July 1, 2008 hearing to a later date and is **DENIED**.

2. **The hearing remains set on Tuesday July 1, 2008 at 9:15 a.m.** in Courtroom A-402, Fourth Floor of the Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, Denver, Colorado.

3. Mr. Kaminski is again reminded that failure to comply with the Local Rules of Practice of the United States District Court for the District of Colorado, the Federal Rules of Civil Procedure, or any court order may result in sanctions, including rendering a default judgment against a disobedient party. *See, e.g.,* Fed. R. Civ. P. 16, 37.

DATED at Denver, Colorado, this 17th day of June, 2008.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge