**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANDREW KAMINSKI,
PATSY KAMINSKI,
COLORADO DEPARTMENT OF REVENUE,
GE CAPITAL MORTGAGE SERVICES, INC.,
WELLS FARGO HOME MORTGAGE, and
HAROLD E. KIRKEGAARD,

       Defendants.

---

**ORDER**

---

Upon pro se Defendant Andrew Kaminski's Request Intervention by Judge Lewis T. Babcock in Denial of Notice Regarding Hearing Scheduled for 7/1/2008 and Other Matters (Doc 33 - filed June 25, 2008), it is

ORDERED that the Request is DENIED.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: June 26, 2008