## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 06-cv-01511-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 1, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Philip E. Blondin |
| **Plaintiff,** | |
| v. | |
| ANDREW KAMINSKI, *et al.*, | *Pro se* |
| | Brian J. Berardini |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING/STATUS CONFERENCE**
**Court in Session:** 9:18 a.m.
Court calls case. Appearances of counsel and *pro se* defendant.

**ORDERED:** The deposition of Andrew Kaminski shall take place July 17, 2008 at 9:00 a.m. in Magistrate Judge Shaffer's Jury Room in the United States District Court for the District of Colorado.

**ORDERED:** Status Conference set for July 17, 2008 at 11:30 a.m.

**ORDERED:** Defendant, Andrew Kaminski, shall respond to the written discovery propounded upon him by the plaintiff within thirty (30) days.

**ORDERED:** The oral motion to withdraw the Notice of Default by Plaintiff & 2nd Motion for Judgment on the Pleadings with Official Ruling as to the Limits to Lawful Enforcement of IRC Statutes and Immediate Dismissal with Prejudice for Failure to State a Claim Upon which Relief can be Granted [filed April 21, 2008; doc. 19] is granted. The motion (doc. 19) is hereby withdrawn.

**ORDERED:** The oral motion to withdraw the NOTICE Probable Cause and Jurisdiction Lacking Ab Initio; Demand (MOTION) for Summary Judgment, Tort and Quo Qarranto Action Against Officers of Court if the case is not dismissed with prejudice to Plaintiff by Defendants Andrew Kaminski, Patsy Kaminski [filed May 7, 2008; doc. 23] is granted.  The motion (doc. 23) is hereby withdrawn.

HEARING CONCLUDED.

**Court in recess:**     **10:20 a.m.**

Total time in court:     01:02