IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW KAMINSKI,
PATSY KAMINSKI,
COLORADO DEPARTMENT OF REVENUE,
GE CAPITAL MORTGAGE SERVICES, INC.,
WELLS FARGO HOME MORTGAGE, and
HAROLD E. KIRKEGAARD,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Kaminski's Motion for Injunctive Relief (filed July 16, 2008) is DENIED.


**DATED:**    July 16, 2008