IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW KAMINSKI,
PATSY KAMINSKI,
COLORADO DEPARTMENT OF REVENUE,
GE CAPITAL MORTGAGE SERVICES, INC.,
WELLS FARGO HOME MORTGAGE, and
HAROLD E. KIRKEGAARD,

    Defendants.
_____ _____

**ORDER GRANTING UNITED STATES' MOTION TO AMEND COMPLAINT**
_____

    Upon motion of the United States, and for good cause shown, it is hereby

ORDERED that the United States' Motion to Amend Complaint is Granted; it is further

    ORDERED that the Amended Complaint submitted with the motion is accepted

for filing as the United States' Amended Complaint.

                                     BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: August 15, 2008