# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-01511-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** September 3, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Philip E. Blondin |
| **Plaintiff,** | |
| v. | |
| ANDREW KAMINSKI, | *Pro se* |
| PATSY KAMINSKI, *et al.,* | *Pro se* |
| | Maria J. Flora |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** STATUS CONFERENCE
**Court in Session:** 11:03 a.m.
Court calls case. Appearances of counsel and *pro se* defendants.

The court discusses its Recommendations and Order on Pending Motion (*doc. 60*) with the parties, and reiterates the fact that discovery in this case will go forward.

**ORDERED:** Defendant Andrew Kaminski's, Individually, First Request for Production of Documents Directed to the Plaintiff United States of America [filed August 27, 2008; doc. 58] is hereby stricken for the reasons stated on the record and should not be docketed as a pending motion.

**ORDERED:** The Joint Motion of United States Wells Fargo Home Mortgage, Inc., and Wells Fargo Mortgage, Inc., as Successor in Interest to GE Capital Mortgage Services, Inc. [filed August 27, 2008; doc. 53] is granted. The proposed order shall be signed and entered on this date.

**ORDERED:** Defendant, Andrew Kaminski, shall answer plaintiff's interrogatories and requests for production of documents by 5:00 p.m. on September 8, 2008.

**ORDERED:** The discovery cutoff is extended to November 30, 2008, and the dispositive motion deadline is extended to January 5, 2009.

HEARING CONCLUDED.

| | |
|---|---|
| **Court in recess:** 11:34 a.m. | Total time in court: 00:31 |