IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW KAMINSKI;
PATSY KAMINSKI;
COLORADO DEPARTMENT OF REVENUE;
GE CAPITAL MORTGAGE SERVICES, INC.;
WELLS FARGO HOME MORTGAGE, INC.; and
HAROLD E. KIRKEGAARD,

    Defendants.

---

ORDER REGARDING STIPULATION BETWEEN UNITED STATES AND
WELLS FARGO HOME MORTGAGE, INC., AND WELLS FARGO
HOME MORTGAGE, INC., AS SUCCESSOR IN INTEREST
TO GE CAPITAL MORTGAGE SERVICES, INC.

---

Pursuant to the Stipulation between Plaintiff United States of America ("United States") and defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo"), in its own capacity and as successor in interest to GE Capital Mortgage Services, Inc., it is ORDERED as follows:

1. That in the event the Court orders the sale of the real property upon which the United States seeks to foreclose its federal tax liens in this matter, Wells Fargo's interest in the real property, and the proceeds from any such sale, shall be determined by the terms and conditions of Stipulation filed by these parties.

2. Wells Fargo need not participate further in the litigation of this matter.

3. The United States and Wells Fargo shall each bear their own costs and attorney's fees.

Dated this 3rd day of ~~August~~ September, 2008.

BY THE COURT:

Lewis T. Babcock, Judge