# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-01511-LTB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW KAMINSKI,
PATSY KAMINSKI,
COLORADO DEPARTMENT OF REVENUE,
GE CAPITAL MORTGAGE SERVICES, INC.,
WELLS FARGO HOME MORTGAGE, and
HAROLD E. KIRKEGAARD,

    Defendants.

## ORDER

This case is before me on the Recommendation of the Magistrate Judge that Defendants Andrew and Patsy Kaminski's "Motion for Summary Judgment re Application of Statutory Authority" (Doc 38) be denied and that Defendants Andrew and Patsy Kaminski's "Motion for Proof of Jurisdiction & Suspension of Further Proceedings" (Doc 43) be denied. The Magistrate Judge further ordered that Defendants Andrew and Patsy Kaminski's Motion for Suspension of Further Proceedings is denied.

Defendants Andrew and Patsy Kaminski have filed timely written objections to the Magistrate Judge's recommendations and to the Magistrate Judge's above-referenced order. I have therefore reviewed the recommendations *de novo* in light of the file and record in this action. On *de novo* review, I conclude that the recommendations are correct.

I have reviewed the Magistrate Judge's order pursuant to Fed.R.Civ.P. 72(a). Upon such review, I cannot conclude that the order is either clearly erroneous or contrary to law.

Accordingly

IT IS ORDERED that the Magistrate Judge's order denying Defendants' Motion for Suspension of Further Proceedings is AFFIRMED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc 38) is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Proof of Jurisdiction & Suspension of Further Proceedings (Doc 43) is DENIED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: September 22, 2008