IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 06-cv-01511-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: January 13, 2009 | Courtroom Deputy: Nel Steffens |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Philip Blondin |
| Plaintiff, | |
| v. | |
| ANDREW KAMINSKI, individually and as Trustee of LLVY Trust; | James Dunlap |
| PATSY KAMINSKI, individually and as Trustee of the SPKR Trust; | James Dunlap |
| COLORADO DEPARTMENT OF REVENUE; | Not present |
| GE CAPITAL MORTGAGE SERVICES, INC.; | Not present |
| HAROLD E. KIRKEGAARD; and | Not present |
| TOM H. CONNOLLY, as Chapter 7 Trustee of the Bankruptcy Estate of Patsy Y. Kaminski, | Maria Flora |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session:** 2:30 p.m.
Court calls case. Appearances of counsel.

Court's opening remarks.

**2:33 p.m.** Argument by Mr. Blondin regarding Government's Motion to File Second Amended Complaint, #81.

**2:37 p.m.**     Argument by Mr. Dunlap.

**ORDERED: 1.    The United States' Motion to File Second Amended Complaint (#81, filed November 18, 2008) is GRANTED for the reasons stated on the record.**

**2:48 p.m.**     Argument by Mr. Dunlap regarding motions to dismiss, #72 and #73.

**ORDERED: 2.    Court will recommend that the motions to dismiss, #72, and #73, be denied.**

Discussion regarding the unopposed motion to extend deadline, #95.

**ORDERED: 3.    The Unopposed Motion of United States' to Extend Dispositive Motion Deadline to February 17, 2008 (#95, filed December 19, 2008) is GRANTED; the dispositive motion deadline is extended to March 31, 2009. The discovery cutoff is extended to March 6, 2009 as it relates to new parties added by the Second Amended Complaint.**

Hearing concluded.

**Court in recess:**     3:07 p.m.
Total time in court:    00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.