IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01511-PAB-CBS

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ANDREW KAMINSKI, individually and as Trustee of LLVY Trust,
PATSY KAMINSKI, individually and as Trustee of SPKR Trust,
COLORADO DEPARTMENT OF REVENUE,
GE CAPITAL MORTGAGE SERVICES, INC.,
WELLS FARGO HOME MORTGAGE,
HAROLD E. KIRKEGAARD, and
TOM H. CONNOLLY, as Chapter 7 Trustee of the Bankruptcy Estate of Patsy Y. Kaminski,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action came before the court on January 13, 2009 for a hearing on, *inter alia*, the United States' Motion to File Second Amended Complaint (filed November 18, 2008) (doc. # 81). Pursuant to the Order of Reference dated April 22, 2008 (doc. # 20) and the memorandum dated November 18, 2008 (doc. # 82), the United States' motion was referred to the Magistrate Judge. The court granted the United States' motion on January 13, 2009. (*See* doc. # 98). Accordingly,

IT IS ORDERED that the Second Amended Complaint (doc. # 81-2) was accepted for filing as of January 13, 2009.

1

DATED at Denver, Colorado, this 20th day of January, 2009.

                                    BY THE COURT:

                                    s/Craig B. Shaffer
                                    United States Magistrate Judge