IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-01511-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW KAMINSKI, individually and as Trustee of LLVY Trust;
PATSY KAMINSKI, individually and as Trustee of SPKR Trust;
COLORADO DEPARTMENT OF REVENUE;
GE CAPITAL MORTGAGE SERVICES, INC.;
WELLS FARGO HOME MORTGAGE, INC.;
HAROLD E. KIRKEGAARD;
TOM H. CONNOLLY, as Chapter 7 Trustee of the Bankruptcy Estate of Patsy Y. Kaminski, and
TRUST COMPANY OF AMERICA, a Colorado corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on the joint motion to dismiss crossclaims and to vacate status conference [Docket No. 172]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the joint motion [Docket No. 172] is GRANTED. It is further

ORDERED that the crossclaims of defendant Tom H. Connolly, Chapter 7 Trustee of the Bankruptcy Estate of Patsy Y. Kaminski, against defendant Patsy Kaminski individually and as trustee of the SPKR Trust, and the crossclaims of Patsy Kaminski against Mr. Connolly are dismissed without prejudice and subject to reopening in the event the United States seeks to sell the real property which is the subject of this action prior to resolution of those claims in Adversary Proceeding No. 07-

1710-SBB pending in the United States Bankruptcy Court for the District of Colorado. With no additional claims pending in this action, the Clerk of the Court shall close this case.  It is further

ORDERED that the status conference set for February 18, 2010 at 9:00 a.m. is vacated.

DATED February 17, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge